# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
www.debevoise.com

Maeve O'Connor
Partner
Tel  212 909 6315
Fax  212 521 7715
moconnor@debevoise.com

November 7, 2006

The Honorable J. Frederick Motz
United States District Judge
United States District Court
 District of Maryland
United States Courthouse Chambers 5A
101 West Lombard Street
Baltimore, Maryland  21201

*In re Mutual Funds Investment Litigation*, **MDL 1586**
***Lepera v. Invesco Funds Group, Inc., et al.*, No. 04-cv-814; No. 04-md-15864**
***Karlin v. Amvescap PLC et al.*, No. 04-cv-819; No. 04-md-15864**
***Hunt v. Invesco Funds Group., Inc. et al.*, No. 04-cv-2555**

Dear Judge Motz:

On behalf of the Invesco Defendants,[1] we write to update the Court on the status of the above-captioned litigation in advance of Thursday's scheduled status conference.

Since the last status conference on October 11, 2006, the parties have continued to explore the possibility of a negotiated resolution. The Invesco Defendants have supplemented their production of transactional data, which is now largely complete, and have engaged in preliminary discussions with counsel for class plaintiffs. While we cannot predict the outcome of those discussions at this preliminary stage, the parties are in agreement that there is no need to proceed with formal discovery at this time. The Invesco defendants believe that, at this early stage, the parties cannot rule out the possibility that there may be efficiencies to be gained from including <u>Hunt</u> in settlement negotiations.

---

[1]     The term "Invesco Defendants" includes A I M Advisors, Inc.; A I M Distributors, Inc.; AIM Investment Services, Inc.; AMVESCAP PLC; INVESCO Asset Management, Ltd.; INVESCO Distributors, Inc.; INVESCO Funds Group, Inc.; INVESCO Global Assets Management (N.A); INVESCO Institutional (N.A), Inc.; Raymond R. Cunningham; Thomas A. Kolbe; Michael D. Legoski; Timothy J. Miller; and Mark H. Williamson.

The Honorable J. Frederick Motz 2 November 7, 2006

We note that plaintiffs circulated today a draft discovery schedule to be used in the event that settlement discussions break down. We were not consulted in advance on that proposal, but we will work with plaintiffs to develop a mutually acceptable discovery plan for that eventuality.

Respectfully submitted,

/s/ Maeve O'Connor

Maura K. Monaghan
Maeve O'Connor
919 Third Avenue
New York, NY 10022
Tel.: (212) 909-6000
Fax: (212) 909-6836

*Counsel for AMVESCAP PLC, INVESCO Funds Group, Inc., INVESCO Institutional (N.A.), Inc., INVESCO Assets Management Limited, INVESCO Global Assets Management (N.A.), INVESCO Distributors, Inc., AIM Advisors, Inc., AIM Distributors, Inc.,*

cc: All counsel of Record (via ECF)